Argued and submitted February 14, reversed and remanded April 30, 1997

STATE OF OREGON,
*Appellant,*

*v.*

MICHAEL RAZEY,
*Respondent.*

(CR95-50149; CA A92393)

938 P2d 246

Timothy A. Sylwester, Assistant Attorney General, argued the cause for appellant. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

J.P. Harris, II, argued the cause and filed the brief for respondent.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

Reversed and remanded. *State v. Maddux,* 144 Or App 34, 925 P2d 124 (1996).